```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**JERRY FLOYD INGRAM, JR.**                                        **PLAINTIFF**

      **v.**            **No. 10-5248**

**NURSE RHONDA BRADLEY ET AL.**                                    **DEFENDANTS**

### O R D E R

NOW on this 10th day of February 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 8), to which no objections have been filed. The Court, having carefully reviewed the Magistrate Judge's Report and Recommendation, finds that it is sound in all respects and that the same should be, and it hereby is, **adopted *in toto***.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 8) is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                            **/s/ Jimm Larry Hendren**
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**